FILED US District Court-UT
FEB 16 '22 PM01:04

ANDREA T. MARTINEZ, United States Attorney (#9313)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-325-3251
tad.may@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEHI MAX REDCAP NEPHI,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT 1: 18 U.S.C. § 111(a)<br>Assault on a Federal Officer or Employee<br><br>Case: 2:22-cr-00055<br>Assigned To : Sam, David<br>Assign. Date : 2/16/2022 |

The Grand Jury Charges:

## COUNT 1
## 18 U.S.C. § 111(a)(1)
### (Assault on a Federal Officer or Employee)

On or about December 25, 2021, in the District of Utah,

LEHI MAX REDCAP NEPHI,

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with

a person known to the Grand Jury and identified by the initials E.L. and designated in 18

U.S.C. § 1114, specifically an officer and employee of the United States and of any

agency in any branch of the United States Government, to wit: the United States Bureau

of Indian Affairs, while the officer was engaged in and on account of the performance of

official duties, and such acts involved physical contact with E.L.; all in violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL:

_____/S/_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
THADDEUS MAY
Assistant United States Attorney